IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. __'17 - CV - 00593__
(To be supplied by the court)

2017 MAR -6 PM 3:50

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

__Davrene Morrison__,
Plaintiff,

v.

__Sodexo__,
Defendant.

## TITLE VII COMPLAINT

### PARTIES

1. Plaintiff __Davrene Morrison__ is a citizen of __Colorado__ who presently resides at the following address:

2. Defendant __Sodexo__ lives at or is located at the following address: __30 Birch St., Denver, CO 80220__

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location: __55 Clermont St., Denver, CO 80220__

6. Jurisdiction also is asserted pursuant to the following statutory authority: __Americans with Disabilities Act__

(Rev. 07/06)

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on __12/21/2015__ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on __12/07/2016__ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)
   - ____ Race
   - ____ Color
   - ____ Religion
   - ____ Sex
   - ____ National Origin
   - __X__ Other (please specify) __mental disability__

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)
    - ____ Failure to hire
    - ____ Failure to promote
    - __X__ Demotion/discharge from employment
    - __X__ Other (please specify) __disciplinary action (3)__

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

1. Discrimination
(Violation of Civil Rights)
(Americans with Disabilities Act of 1990)
42 U.S.C. 12101

2. Plaintiff alleges paragraph 1 took place by Defendant after a complaint was filed with the E.E.O.C. on 12/21/2015 see Exh 1.

3. By doing so the acts described above in paragraphs 1 and 2 Defendant caused and/or permitted the violation of Plaintiff's Civil Rights 42 U.S.C. 12101 to be free from unjustified discrimination in employment. Defendant retaliated by terminating Plaintiff on 1/25/2016.

Exh 1

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: Morrison    First Name: Davrene    MI: J
Street or Mailing Address: PO Box 527    Apt or Unit #: ___
City: Englewood    County: Arapahoe    State: CO    Zip: 80151
Phone Numbers: Home: (303) 917-5968    Work: (__)
Cell: (__)    Email Address: dimoreisin@gmail.com
Date of Birth: 08/29/1978    Sex: ☒ Male ☐ Female    Do You Have a Disability? ☒ Yes ☐ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☒ American Indian or Alaskan Native   ☐ Asian   ☐ White
   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? United States

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: Lorraine Wright    Relationship: friend
Address: 335 Wicks Lane    City: Billings    State: MT    Zip Code: 59105
Home Phone: (406) 629-0027    Other Phone: (__)

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: Sodexo - GM Raleigh Joyce - Graland Country Day School
Address: 30 Birch St.    County: Denver
City: Denver    State: CO    Zip: 80220    Phone: (303) 336-3737
Type of Business: Hospitality/Food Service    Job Location if different from Org. Address: _____
Human Resources Director or Owner Name: Sodexo    Phone: (855) 763-3964

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No

Date Hired: 9-30-2015    Job Title At Hire: Cook 1
Pay Rate When Hired: 12.25/hr    Last or Current Pay Rate: 12.27/hr
Job Title at Time of Alleged Discrimination: Cook 1    Date Quit/Discharged: still employed
Name and Title of Immediate Supervisor: Janelle Foster - acting supervisor
If Job Applicant, Date You Applied for Job _____    Job Title Applied For _____

1

4. What is the reason (basis) for your claim of employment discrimination? **Mental Disability**

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☐ Age ☒ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): **mental disability - Borderline Personality Disorder**

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)

A. Date: **10/15/2015** Action: **Unable to regulate emotion put into stressful situation recieved verbal warning for getting confused.**
Name and Title of Person(s) Responsible: **Raleigh Joyce - GM**

B. Date: **10/23/2015** Action: **raised voice to kids to calm down was accused of yelling profanity received constructive counseling.**
Name and Title of Person(s) Responsible: **Raleigh Joyce - GM**

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
**Raleigh Joyce doesn't understand my mental disability each time she has scolded me like a child without being able to talk.**

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
**Raleigh Joyce told me I was being hostile and insubordinate I was sent home on 12/1/7/2015 called into office for write-up 12/8/15**

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

B. _____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. _____

B. _____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☒ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
    Borderline Personality Disorder - doesn't effect job performance only when sudden change occurs or loud noises.

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    ☒ Yes ☐ No
    If "Yes," what medication, medical equipment or other assistance do you use?
    MMJ.

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
    ☐ Yes ☒ No  employer made changes
    If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
    Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: Switched me from Entree to Salad Bar after confusion of 3 people telling me to do tasks differently.

How did your employer respond to your request? Was employers request.

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A. Daiga Humeyumptewa, Executive Chef, 303-336-3737, 720-236-6712 was witness during constructive counseling on how Raleigh Joyce treated me made me suicidel.

B. Jannelle Foster, Acting Supervisor, 303-322-3979 was witness to Raleigh Joyce during constructive counseling and my request on Raleigh to not whistle in kitchen high pitch noise hurts my ears.

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
Etienne Janco - ADMHN - Therapist in contact after every incident.

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2** ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

Signature                                   12/21/2015
                                            Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974; Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

# THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Backpay, Fringe benefits, Compensatory and Punitive Damages, Costs and fees accrued, Interest, Personal Liability,

Date: 3/1/2017

_____
(Plaintiff's Original Signature)

PO Box 527
(Street Address)

Englewood, CO 80151
(City, State, ZIP)

303-917-5968
(Telephone Number)

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Davrene J. Morrison<br>P.O. Box 527<br>Englewood, CO 80110 | From: Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2016-00661 | Holly B. Romero,<br>Supervisory Investigator | (303) 866-1341 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act**: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA)**: EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Sandra Nakata* (signature)   December 07, 2016

Elizabeth Cadle,
District Director

(Date Mailed)

Enclosure(s)

cc:   SODEXO